JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** HHS, FBI, USPIS, DOL, DOD

**City** Peabody

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 21-mj-2069; 22-mj-2020; 22-mj-2364 to -2368; 22-mj-2348
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10265   [✓] Yes [ ] No

**Defendant Name** Steven Richardson   Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

**Alias Name:**

**Address:** Parkland, FL

**Birth date (Yr only):** 1983   **SSN (last 4#):** 6823   **Sex:** M   **Race** _____   **Nationality:** USA

**Defense Counsel if known:** Joshua Lowther   **Address:** 101 Marietta Street, NW, Suite 3650, Atlanta, GA 30303

**Bar Number:**

**U.S. Attorney Information**

**AUSA:** Howard Locker, Alexandra Brazier, Lauren Graber, Lindsey Ross   **Bar Number if applicable:** N/A; 679575; 679226; 691129

**Interpreter:** [ ] Yes [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [ ] Yes [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:**

**Arrest Date:**

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint [✓] Information [ ] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [✓] Felony One

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/15/2024   Signature of AUSA: _____ Digitally signed by HOWARD LOCKER Date: 2024.02.15 12:48:21 -05'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Steven Richardson

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | |
| Set 2 | 18 U.S.C. § 982(a)(7) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013