**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-10045-NMG-1 |
| | ) | |
| STEVEN RICHARDSON | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER**

Mr. STEVEN RICHARDSON, pursuant to 18 U.S.C. § 3143(a)(1), respectfully moves this Court to extend his voluntary surrender date for thirty days.

## I. Relevant Procedural History

On September 10, 2026, this Court sentenced Mr. Richardson, *inter alia*, to serve a term of imprisonment of twenty-four months, and to surrender to the Bureau of Prisons to serve that term of imprisonment by 2:00 p.m. on October 1, 2026. (J. in a Criminal Case 2, ECF No. 72.)

## II. Factual Assertions

Mr. Richardson homeschools his ten-year-old daughter, who is in fifth grade. While he does this, Mr. Richardson's wife cares for his three-year-old son, who requires constant attention due to his above-average hyperactivity. Mr. Richardson's daughter will attend school outside the home while he is in prison,

and his parents had planned to move to Florida to help care for his son while his wife works and manages the land. However, Mr. Richardson's father had open-heart surgery in late August 2026. The recovery from that surgery is taking longer than expected, which has delayed his parents' move to Florida. Mr. Richardson anticipates that it will take an additional thirty days for his father to recover and for his parents to move to Florida to support his wife and children while he is in prison.

This thirty-day extension will afford Mr. Richardson's family time to make amended arrangements following his father's open-heart surgery complications.

## III. Argument and Citation of Authority

This Court has the authority to extend Mr. Richardson's voluntary surrender date. 18 U.S.C. § 3143(a)(1)). Furthermore, this Court, by releasing Mr. Richardson pending the execution of his sentence, has found by clear and convincing evidence that he is neither "likely to flee or pose a danger to any other person or the community . . . ." *Id.*

Mr. Richardson submits that, based on the above factual assertions, an extension of his voluntary surrender date is warranted.

## IV. Opposing Party's Position

The Government <u>does not</u> oppose this motion.

## V. Conclusion

Mr. Richardson, based on the foregoing factual assertions and argument, prays that this Court extend his voluntary surrender date for thirty days.

Date: September 29, 2026

Respectfully Submitted,

***s/ Joshua Sabert Lowther***

Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorney for Defendant
Steven Richardson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-10045-NMG-1 |
| | ) | |
| STEVEN RICHARDSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER with the Clerk of the United States District Court for the District of Massachusetts by way of the CM/ECF system, which will automatically serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: September 29, 2026

Respectfully Submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com